IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

5:15-CV-152-GCM

| | |
|---|---|
| DANNY WILKES, ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of SSA, ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Karl E. Osterhout,** filed January 6, 2016 [doc. # 4].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Osterhout is admitted to appear before this court *pro hac vice* on behalf of Plaintiff, Danny Wilkes.

**IT IS SO ORDERED.**

Signed: January 7, 2016

Graham C. Mullen
United States District Judge