IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:15-CV-152-DCK

| | |
|---|---|
| DANNY WILKES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CAROLYN W. COLVIN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion For Reversal And Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g)" (Document No. 18) filed August 31, 2016. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting Plaintiff's counsel has consented to the motion, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion For Reversal And Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g)" (Document No. 18) is **GRANTED**. This Court hereby **REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g), and directs that this matter be **REMANDED** to the Commission for further administrative proceedings.

**SO ORDERED**.

Signed: September 1, 2016

David C. Keesler
United States Magistrate Judge