IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:15-CV-152-DCK

| | |
|---|---|
| DANNY WILKES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CAROLYN W. COLVIN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Counsel's Petition For Attorney Fees Under The Equal Access To Justice Act" (Document No. 21) filed November 14, 2016. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate. Having carefully considered the motion and the record, and noting Defendant's counsel has consented to the motion, the undersigned will grant the motion.

Plaintiff filed a motion for approval of attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of Five Thousand Six Hundred Dollars 00/100 ($5,600.00). After consultation, the parties agreed that the amount of Five Thousand Six Hundred Dollars 00/100 ($5,600.00) should be paid to Plaintiff in full satisfaction of any and all claims for fees in this case.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Counsel's Petition For Attorney Fees Under The Equal Access To Justice Act" (Document No. 21) is **GRANTED**.

**IT IS FURTHER ORDERED** that an award of fees under the EAJA in the amount of Five Thousand Six Hundred Dollars 00/100 ($5,600.00) be made, payable to Plaintiff's attorney, provided that the Department of the Treasury finds Plaintiff has no outstanding debt.

**SO ORDERED**.

Signed: November 14, 2016

David C. Keesler
United States Magistrate Judge